Donna M. Matsch, Appellant, v Chemung County Department of Public Works et al., Respondents.

Submitted August 31, 2015; decided October 27, 2015

Motion, insofar as it seeks leave to appeal from the Appellate Division order denying leave to appeal to the Court of Appeals, dismissed upon the ground that such order does not finally determine the action within the meaning of the Constitution; motion for leave to appeal otherwise denied.

Wilhelm Noel, Appellant, v Bryan Tyler, Respondent.

Submitted August 31, 2015; decided October 27, 2015

Motion for leave to appeal denied. Motion for a stay dismissed as academic. Cross motion for the imposition of sanctions denied.